UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOEL BRYANT,

                              Plaintiff,

-v-

CITY OF NEW YORK, et al.,

                             Defendants.

18 Civ. 10529 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

In the Case Management Plan filed on August 21, 2019, the Court scheduled a case management conference for January 13, 2020. Dkt. 40. Due to a scheduling conflict, the Court adjourns the conference to February 7, 2020 at 2:30 p.m.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: December 4, 2019
       New York, New York